UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 1:18-CR-92 |
| v. | ) | |
| | ) | |
| **JAMES E. MACALPINE** | ) | **NOTICE OF DISCOVERY** |
| | ) | **PROCEDURES** |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and provides the Court with notice of the discovery procedures to be employed by the parties in this case:

1. The Defendant, James E. MACALPINE, has elected to proceed *pro se*. As a result, a question arose at the initial appearance on August 10, 2018, as to whether the government would proceed according to its usual open-file discovery policy, or proceed according to Rule 16.

2. The government asked for a week to make that determination, and offered to provide notice to the Court when a decision had been made.

3. The government has determined that it will proceed according to the usual open-file practice in this case, provided the Defendant adheres to the terms of the standard Discovery Agreement.

4. Simultaneous with the filing of this notice, the government will mail the attached letter and discovery agreement to the Defendant for his execution and return. When the discovery agreement has been executed and returned, the government will prepare a production for the Defendant.

RESPECTFULLY SUBMITTED this day August 17, 2018.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

1

   **/s/ Daniel Bradley**
DANIEL V. BRADLEY
ASSISTANT UNITED STATES ATTORNEY
100 Otis Street, Suite 233
Asheville, NC 28801
Direct Line:  (828) 259-0644
Email : daniel.bradley@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2018, the foregoing document was served by mail upon the defendant at the following addresses:

        James E. MacAlpine
        603 Woodlea Court
        Asheville, NC 28806

        s/ Daniel Bradley
        Assistant United States Attorney