AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>James E. MacAlpine<br>_____<br>*Defendant* | ) Case No. 1:18cr92<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James E. MacAlpine,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
willfully attempted to evade and defeat the payment of income tax due
interference with the administration of Internal Revenue laws

FILED
ASHEVILLE, N.C.
AUG 16 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

Date: 8/9/2018

*Issuing officer's signature*

City and state: Asheville, NC

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/10/2018, and the person was arrested on *(date)* 8/10/2018
at *(city and state)* Asheville, NC.

Date: 8/10/2018

*Arresting officer's signature*

Jennifer W. Berry, Special Agent-IRS CI
*Printed name and title*