Verified affidavit of James Edward MacAlpine

Hand-Delivered

State of North Carolina

Buncombe County

FILED
ASHEVILLE, N.C.
AUG 31 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

RE: 1:18CR92

To whom it may concern:

I am not in possession of a previously issued passport.

My Hand: *James E. MacA[signature]*

_____
Complete and true signature

Sworn and subscribed before me on August 30, 2018

Being a notary public in and for the state of North Carolina

My commission expires on Oct. 6, 2020

_____
Signature of notary public

Seal:
ASPEN LEIGH DEWEESE
Notary Public – North Carolina
Buncombe County
My Commission Expires Oct 6, 2020