IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 1:18cr92 |
| VS. | Motion to Amend Pre-Trial Release Order |
| JAMES E. MACALPINE<br>Defendant | |

Now comes James E. MacAlpine (the Petitioner), a living, breathing sentient being, Man, without assistance of counsel, not the defendant, not the Trustee, who hereby and herewith moves this Court to amend the pre-trial release order to remove the requirement that James E. MacAlpine be required to file tax returns at the state or federal level.

In support of this motion Petitioner says on and for the record:

R. Andrew Murray is attempting to accomplish through an improper means what the IRS has not been able to do for more than a decade. Murray is attempting to use this court under color of law and extortion through threat of loss of freedom to force Petitioner to file tax returns and commit perjury.

Nowhere in the constitution does it say that the right to bail can be contingent on creating legal relations with a foreign jurisdiction, committing perjury, and becoming a false witness against oneself.

To force petitioner to file said tax returns would also deny Defendant its right to have the jury be the trier of facts with respect to the charges being brought by the purported government. Certainly this court can see through the not even thinly veiled artifice and scheme to effect prejudice toward the Defendant's and Petitioner's interests.

Wherefore, for all of the reasons aforementioned and for good cause shown, Petitioner moves this Court to order that any provision in the pre-trial release bond order requiring any action be taken with respect to filing any tax returns or information be stricken.

Submitted this 12th day of September, 2018

_____
James E. MacAlpine, Citizen of North Carolina,

# Certificate of Service

This is to certify that a copy of **MOTION TO AMEND PRE-TRIAL RELEASE ORDER** has been mailed by pre-paid USPS First Class Certified Mail bearing the following number 7018 0360 0001 3493 2410 on September 12, 2018 by Defendant, James E. MacAlpine, to Plaintiff, R. Andrew Murray

UNITED STATES ATTORNEY

By: _____
James E. MacAlpine
Woodlea ct.
Asheville, North Carolina, 28806
(828) 667-9494