# Certificate of Service

This is to certify that a copy of MOTION TO DISMISS,CHALLENGE TO JURSIDICTION,DEMAND FOR SANCTIONS has been mailed by pre-paid USPS First Class Certified Mail bearing the following number

7018 0360 0001 3493 2427 on September 12, 2018 by Defendant, James E. MacAlpine, to Plaintiff, R. Andrew Murray

UNITED STATES ATTORNEY

By: *James E. MacAlpine* (signature)
James E. MacAlpine
Woodlea ct.
Asheville, North Carolina, 28806
(828) 667-9494