# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CR 92

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JAMES E. MacALPINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion for Bond Review (# 12) and Defendant's Motion to Amend Pretrial Release Order (# 13). These matters were properly noticed and came on for hearing before the undersigned on September 14, 2018.

At the September 14, 2018 hearing, the Court was advised that Defendant turned in his passport on September 12, 2018. Therefore, the Government's Motion for Bond Review (# 12) is DENIED without prejudice to renew. In addition, Defendant's Motion to Amend Pretrial Release Order (# 13) is DENIED with prejudice. The Court directed as a condition of release for Defendant to pay State and federal taxes "arising during the period of supervision." The Court noted that, at this time, there has been no showing that Defendant had failed to comply.

Signed: September 19, 2018

Dennis L. Howell
United States Magistrate Judge