UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 1:18cr92 |
| VS. | Notice and demand **Hand-Delivered** |
| JAMES E. MACALPINE<br>Defendant | |

Now comes James Edward MacAlpine, beneficiary, not the Defendant, giving notice of His claim of right of Subrogation for Court Bond Funds which is attached hereto.

Submitted this 22th day of October, 2018

*[signature]*
James E. MacAlpine, Citizen of North Carolina,

1

From: James Edward MacAlpine, C.S., a man created in His image.
c/o 603 Woodlea Court
Asheville, North Carolina 28806
*Located outside the District of Columbia (4 U.S.C. § 72)*

To: Administrative Officer of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
AND
To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

To: R. ANDREW MURRAY, United States Attorney
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

AND

To: DON GAST Assistant United States Attorney
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

AND

To: Clerk of Court
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

**NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FUNDS**

1

I, James Edward MacAlpine, C.S., a man of sound mind and age of accountability hereinafter I, me or my, affirm the following facts to be true, correct, complete and not misleading under my full commercial liability.

The Court Administrator, Tammy Hightower, Andrew Murray, Don Gast are hereinafter you or your.

I became aware of securities, having been issued, using my equity without my knowledge or permission as follows:

> **JAMES MACALPINE (CC 1:18-CR-92)**
> **AllianzGI NFJ Large Cap Value Fund**
> Symbol: PNBAX
> CUSIP: **018918458**
> Inception Date: 7/19/2002
> Net Assets: $374,104,000.00 as of
> 9/28/2018
> Portfolio Assets: $374,104,000.00 as of
> 9/28/2018 And;

Since it appears that you are using my equity as surety for bonding Case no.: 1:18cr92, I hereby exercise my claim and right of subrogation on the above security. As an alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. In fact, this Court has attempted to conceal these facts and Andrew Murray and his agents refused to divulge my right of subrogation, leaving me with detrimental reliance.

Are there tax records concerning the transfer of this security to Allianz or any other transfers?

2

I demand that the bonds be brought forth and that the proceeds from said bond be used to set off and settle all charges concerning Case No.: 1:18cr92, to dispose of the case and to close the green file. All remaining equity shall be returned to me in specie or maintained under my direction and control with the Court acting as fiduciary.

If you are subject to 18 U.S.C. § 472 which bars you from talking about anything related to the securities generated by these case numbers, then it would be in your best interests to dismiss this case with prejudice, and return my equity immediately.

October 22, 2018

_James E. MacAlpine_
James Edward MacAlpine, C.S.

3

CERTIFICATE OF SERVICE

I, the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FUNDS
To:
    Clerk of Court
    United States District Court
    Western District of North Carolina
    100 Otis St, Room 309
    Asheville, NC 28801
***Located outside the District of Columbia***

and copies of the above documents by First Class Mail to:

    Administrative Office of the United States Courts
    One Columbus Circle, NE
    Washington, D.C. 20544

and

    Andrew Murray
    United States District Court
    Western District of North Carolina
    100 Otis St, Room 309
    Asheville, NC 28801
***Located outside the District of Columbia***

and

    Don Gast
    United States District Court
    Western District of North Carolina
    100 Otis St, Room 309
    Asheville, NC 28801
***Located outside the District of Columbia***

By causing all of the above to be placed into the US Postal System, address to the above person(s)/entity(s).

*[signature]*     Dated October 22, 2018