Hand-Delivered

FILED
ASHEVILLE, N.C.
OCT 30 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAMES E. MACALPINE,<br>Defendant | DOCKET NO. 1:18CR92<br><br>Notice,<br>Assignment of Claim,<br>Directive to Fiduciary.<br><br>**File for Record** |

<u>Notice to All Affected Parties,</u>

*TO ALL TO WHOM THESE PRESENTS SHALL COME*

<u>Declaration of Assignment of Claim of Subrogation,</u>

<u>Directive to Trustee/Fiduciary</u>

COMES NOW, the Beneficiary, James Edward MacAlpine, a living, breathing sentient being, Man, without assistance of counsel, not the defendant, not a trustee for the trust JAMES E. MACALPINE, but with full standing and capacity as the sole beneficiary of the bare trust JAMES E. MACALPINE with a Notice to all affected Parties, with a Declaration of Assignment of Claim of Subrogation to the UNITED STATES, and with a Directive to the appointed Trustee/Fiduciary.

**Notice to All Affected Parties**

Beneficiary James Edward MacAlpine hereby and herewith declares on and for the Record that he is exercising his right as sole beneficiary of the bare trust JAMES E. MACALPINE to assign all rights, title, and interest in the funds generated by the claim of the Plaintiff, UNITED STATES OF AMERICA, which are lodged in the **AllianzGI NFJ Large Cap Value Fund** under CUSIP Number **018918458**, which are now under the control of the

beneficiary, James Edward MacAlpine, by right of Claim of Subrogation which has been filed into the Record of the instant case as Docket entry No. 22.

### Declaration of Assignment of Claim of Subrogation

Beneficiary, James Edward MacAlpine, does now lodge into the Record of the instant case an assignment of all rights, title, and interest in the Claim of Subrogation to the United States, said assignment being annexed hereto as ANNEX A.

### Directive to Trustee/Fiduciary

Beneficiary, James Edward MacAlpine, hereby and herewith directs the Trustee/Fiduciary, R. Andrew Murray, U.S. ATTORNEY, or any agent that he may appoint who has the authority to perform, to put his signature to the indorsement on the reverse of the Claim of Subrogation and then to use the assets of the Claim of Subrogation to set-off and settle all charges against the trust, JAMES E. MACALPINE, charged as the Defendant in the instant case, No. 1:18CR92, and then to dispose of the instant case and to close the green file.

U.S. ATTORNEY, R. Andrew Murray, your attention is directed to Title 50 U.S.C. § 4305(b)(2), which reads:

> "(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the **United States**, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and **no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.**"

Beneficiary, James Edward MacAlpine, has converted the Claim of Subrogation to a security of the United States. See Title 18 U.S.C. § 8, which reads:

> The term "obligation or other **security of the United States**" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal

Assignment of Claim                                                                 Page **2** of **10**

Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and **other representatives of value**, of whatever denomination, **issued under any Act of Congress**, [in this case 50 U.S.C. § 4305(b)(2)] and canceled United States stamps.

Trustee/Fiduciary, U.S. ATTORNEY R. Andrew Murray, if you refuse or fail to perform your Trustee/Fiduciary duty as issued under this directive within 3 calendar days of receipt of same, a conclusive presumption may be drawn that you have conspired with others to defraud the United States from receiving funds assigned to it. Govern yourself accordingly.

### VERIFICATION

I, James Edward MacAlpine, a North Carolina State Citizen and one of the People of North Carolina, makes this Verification based on personal knowledge of matters set forth herein and appearing without waiving any rights or remedies, being competent in mind and body to testify, do hereby declare, verify and affirm that the facts stated herein are true, correct, and complete in all material fact, not misrepresented based on my own knowledge to the best of my current information, knowledge and belief under the penalty of perjury of the laws of the united States of America and the laws of North Carolina, and is admissible as evidence in a court of law or equity, except as to those matters that are therein made upon information and belief, and as to those claims or facts, I believe them to be true and admissible as evidence, and if called upon as a witness, I will testify as to the veracity of my statements.

Entered this 30 day of October, 2018.

                                                  James Edward MacAlpine

L.S. _[signature]_
One of the People of the body politic the State of North Carolina

Assignment of Claim                                               Page **3** of **10**

## Certification of Service

This is to certify that a copy of **Notice to All Affected Parties, Declaration of Assignment of Claim of Subrogation, Directive to Trustee/Fiduciary, and Assignment of Claim of Subrogation** has been mailed by pre-paid USPS First Class Certified Mail bearing the following numbers on October 30th, 2018 by James Edward MacAlpine to:

Plaintiff's U.S. Attorney

    R. Andrew Murray
    Office of the U.S. Attorney — WDNC
    233 U.S. Courthouse Bldg.
    100 Otis St.
    Asheville, NC 28801

Certified Mailing No. 7017 0660 0000 7339 5114

    Administrative Officer of the United States Courts
    One Columbus Circle, NE
    Washington, D.C. 20544

Certified Mailing No. 7017 0660 0000 7339 5107

    G. PATRICK JENNINGS, Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 683
    Ben Franklin Station
    Washington, D.C. 20044-0683

Certified Mailing No. 7017 0660 0000 7339 5084

    Jeff Sessions
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

Certified Mailing No. 7017 0660 0000 7339 5091

By: *James Edward MacAlpine*
James Edward MacAlpine

Assignment of Claim      Page **4** of **10**

# ANNEX A

# Assignment of Claim of Subrogation

COMES NOW, the Claimant, James Edward MacAlpine, on this 30th day of October, 2018, does by these presents hereby and herewith grant, bargain, assign, transfer, and set over to the United States, all rights, title, interests, and assets under the Claim of Subrogation annexed hereto as though fully set out herein. This Assignment of Claim of Subrogation is executed under the provisions of Title 50 U.S.C. § 4305(b)(2).

TO HAVE AND TO HOLD SAME UNTO SAID ASSIGNEE.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE.

IN WITNESS WHEREOF, the Assignor has caused this instrument to be executed the 30th day of October, 2018.

**ASSIGNOR:**
James Edward MacAlpine

L.S. *[signature]*

*Notice: Use of Notary is for identification purposes only and shall not be construed against Declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction or public venue.*

STATE OF NORTH CAROLINA       )
                              )  **ACKNOWLEDGEMENT**
COUNTY OF BUNCOMBE            )

Before me the undersigned, a Notary acting within and for the County of __McDowell__ and State of North Carolina on this __30__ day of __October__, 2018, personally appeared and known to me - OR - proved to me on the basis of satisfactory evidence to be the man whose name is subscribed to the within instrument, to be the identical Free Man, James Edward MacAlpine, declared the above to be true, correct, and not meant to mis-lead, to the

Assignment of Claim                                       Page **6** of **10**

best of his firsthand knowledge, understanding, and belief, by his free will and voluntary act and deed by placing his signature on the foregoing document, executed the within instrument.

Given under my hand and seal this ___30___ day of ___October___, 2018.

___Karen Johnson Periard___    Seal
Notary signature

___Karen Johnson Periard___
Printed Notary name

KAREN JOHNSON PERIARD
Notary Public – North Carolina
Mc Dowell County
My Commission Expires Apr 4, 2022

My commission expires ___4/4/2022___

Assignment of Claim                                            Page **7** of **10**

From: James Edward MacAlpine, C.S., a man created in His image.
c/o 603 Woodlea Court
Asheville, North Carolina 28806
*Located outside the District of Columbia (4 U.S.C. § 72)*

To: Administrative Officer of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544
AND
To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND

To: R. ANDREW MURRAY, United States Attorney
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

AND

To: DON GAST Assistant United States Attorney
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

AND

To: Clerk of Court
United States District Court
Western District of North Carolina
100 Otis St, Room 309
Asheville, NC 28801
*Located outside the District of Columbia (4 U.S.C. § 72)*

**NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FUNDS**

# ACCEPTED ON BEHALF OF THE UNITED STATES

I, James Edward MacAlpine, C.S., a man of sound mind and age of accountability hereinafter I, me or my, affirm the following facts to be true, correct, complete and not misleading under my full commercial liability.

The Court Administrator, Tammy Hightower, Andrew Murray, Don Gast are hereinafter you or your.

I became aware of securities, having been issued, using my equity without my knowledge or permission as follows:

> **JAMES MACALPINE (CC 1:18-CR-92)**
> **AllianzGI NFJ Large Cap Value Fund**
> Symbol: PNBAX
> CUSIP: **018918458**
> Inception Date: 7/19/2002
> Net Assets: $374,104,000.00 as of
> 9/28/2018
> Portfolio Assets: $374,104,000.00 as of
> 9/28/2018 And;

Since it appears that you are using my equity as surety for bonding Case no.: 1:18cr92, I hereby exercise my claim and right of subrogation on the above security. As an alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. In fact, this Court has attempted to conceal these facts and Andrew Murray and his agents refused to divulge my right of subrogation, leaving me with detrimental reliance.

Are there tax records concerning the transfer of this security to Allianz or any other transfers?

2

Case 1:18-cr-00092-MR-WCM Document 26 Filed 10/30/18 Page 9 of 10
Case 1:18-cr-00092-MR-DLH Document 22 Filed 10/22/18 Page 3 of 5

I demand that the bonds be brought forth and that the proceeds from said bond be used to set off and settle all charges concerning Case No.: 1:18cr92, to dispose of the case and to close the green file. All remaining equity shall be returned to me in specie or maintained under my direction and control with the Court acting as fiduciary.

If you are subject to 18 U.S.C. § 472 which bars you from talking about anything related to the securities generated by these case numbers, then it would be in your best interests to dismiss this case with prejudice, and return my equity immediately.

October 22, 2018

*James E. MacAlpine* (signature)

James Edward MacAlpine, C.S.

3

Case 1:18-cr-00092-MR-WCM   Document 26   Filed 10/30/18   Page 10 of 10
Case 1:18-cr-00092-MR-DLH   Document 22   Filed 10/22/18   Page 4 of 5