THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00092-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JAMES E. MACALPINE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion for a Definite Setting for the Presentation of Evidence [Doc. 31].

The Government requests that the Court establish a definite schedule for the presentation of evidence at the trial of this matter. Specifically, the Government asks that the parties be allowed to begin the presentation of evidence the week of January 14, 2019. The Government represents that the Defendant does not oppose the Government's request.

Upon consideration of the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Unopposed Motion [Doc. 31] is **GRANTED**, and the parties will not be required to begin the presentation of evidence in this case before January 14, 2019. Jury

selection and the hearing of other preliminary matters will still take place on January 7, 2019.

**IT IS SO ORDERED.**

Signed: December 27, 2018

Martin Reidinger
United States District Judge