# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00092-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JAMES E. MACALPINE, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Court intends to conduct the voir dire examination of the potential jury panel in this case. The Court will allow the parties an opportunity to submit questions they wish the Court to include in the voir dire examination.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall have until **January 10, 2019** to submit questions to the Court that they wish to be included in the Court's voir dire examination.

**IT IS SO ORDERED.**

Signed: January 2, 2019

Martin Reidinger
United States District Judge