**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:18-cr-00092-MR-WCM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JAMES E. MACALPINE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Notice and Demand for Proof of Jurisdiction" [Doc. 35].

The Defendant's present filing is largely a re-hash of arguments that the Defendant previously made in his Motion to Dismiss [Doc. 14], which the Court has denied [Doc. 30]. Accordingly, the Court will construe the Defendant's present filing as a motion for reconsideration of the Court's Order denying the Defendant's Motion to Dismiss.

For the same reasons set forth in the prior Order [Doc. 30], the Defendant's motion for reconsideration is denied. To the extent that the Defendant seeks an evidentiary hearing, such request also is denied. This

matter is set for trial on January 14, 2019.  At the call of the case, the Court will address the procedures by which the case will go forward.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's "Notice and Demand for Proof of Jurisdiction" [Doc. 35], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 3, 2019

Martin Reidinger
United States District Judge