# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## NO. 1:18-CR-92-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **NOTICE OF APPEARANCE** |
| v. ) | |
| ) | |
| JAMES E. MACALPINE, ) | |
|      **Defendant** ) | |

**PLEASE TAKE NOTICE** that the undersigned attorney, having been initially appointed in October, 2018 to fulfill the role of appointed standby counsel for the Defendant (who at the time was proceeding pro se), has now assumed the role of defense counsel to represent the Defendant in the above-captioned case, and hereby enters his appearance therein. A copy of the Defendant's election of this change in the undersigned's role is attached to this filing. The Defendant will no longer be proceeding pro se based upon his attached election to have the undersigned serve as appointed counsel. Should the Court desire that the Defendant make this election in person, on the record, and in open court, the Defense desires that such a hearing take place as soon as possible and no later than Friday of this week, January 11, 2019. At present, the trial in this matter is scheduled to commence on Monday, January 14, 2019.

**FURTHERMORE**, by filing of this Notice of Appearance, the undersigned attorney certifies that copies of said Notice have been delivered through CM/ECF to:

Daniel V. Bradley
Assistant United States Attorney for the Western District
    of North Carolina
Federal Courthouse
100 Otis Street, 2d Floor
Asheville, NC 28801

1

Respectfully submitted, this the 9th day of January, 2019.

                                                      NUNLEY & ASSOCIATES, PLLC

                                                      /s/ Robert E. Nunley
                                                      Robert E. Nunley
                                                      Attorney for Defendant
                                                      North Carolina Bar # 25905
                                                      P.O. Box 111
                                                      Green Mountain, NC 28740
                                                      Off = (919) 616-8545
                                                      marinejudge@gmail.com
                                                      NC State Bar # 25905