

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 092

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CERTIFICATION |
| | ) | |
| JAMES E. MACALPINE | ) | |
| | ) | |

**NOW COMES** James E. MacApline, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Robert E. Nunley, and pursuant to the Plea Agreement (Doc. 43) entered into and filed in this matter on January 30, 2019, that I, James E. MacAlpine, do hereby state, certify, and stipulate that the Factual Basis (Doc. 44) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 4th day of February 2019.

_____
James E. MacAlpine, Defendant

Defendant's Counsel's Signature: I am the attorney for James E. MacAlpine. I have carefully reviewed the Factual Basis (Doc. 44) filed in this matter with Defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary decision.

This the 4th day of February 2019.

_____
Robert E. Nunley, Counsel for Defendant