FILED
ASHEVILLE, N.C.

AUG 1 4 2019

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court for the Western District of North Carolina
## Asheville Division

Hand-Delivered

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 1:18cr92 |
| VS. | |
| JAMES E. MACALPINE<br>Defendant, a Trust | Motion to Seal Documents<br>in the Court Record |

James Edward MacAlpine asks the court to seal certain court records in the interest of justice and to protect Public Policy.

### A. Introduction

1. Plaintiff is UNITED STATES OF AMERICA; Defendant is JAMES E. MACALPINE, a Trust.
2. Plaintiff brought a Criminal Complaint against the Defendant.
3. James Edward MacAlpine asks the court to seal the following documents in the Court Record:
   a. Notice and directive to the United States Court for the Western District of North Carolina as Trustee for the JAMES E. MACALPINE Case 1:18CR92 TRUST Defendant, a Trust with Affidavit in Support.
   b. Notice and Declaration of Private Living Estate Trust by a natural Man.
   c. Notice of Arrival of Head of Mission.
4. Justice would be served by the court sealing the record in this case by protecting Public Policy

### B. Argument

5. The court may seal court records if the interests favoring nondisclosure in a particular case outweigh the public's common-law right of access to judicial records. *In re Sealed Case*, 237 F.3d 657, 666 (D.C. Cir. 2001); *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 1312 (1978).

6. The court should seal the above listed documents in this case because exposing them to the general public could severely damage Public Policy and the integrity of the Court System.

### C. Conclusion

For the reasons set forth above, the Man, James Edward MacAlpine, wishing to protect and preserve the Public Policy of the United States and its Court System, hereby and herewith Motions this honorable Court of Equity to seal the Record of the foregoing listed documents.

Requested this ___ day of August, 2019.

By: The Cestui Que Trust,

James Edward MacAlpine

L.S. _James, Edward MacAlpine_ (signature)